IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O.ZION, LLC, a Georgia limited liability company,<br><br>               Plaintiff,<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>               Defendant. | CIVIL ACTION<br>FILE NO. _____<br>[On removal from the State Court of DeKalb County, Georgia, Civil Action File No. 21A04565] |

## NOTICE OF REMOVAL

COMES NOW, State Farm Fire and Casualty Company ("State Farm"), Defendant in the above-styled civil action, and within the time prescribed by law, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully showing this Court as follows:

1.

On October 5, 2021, Plaintiff O.Zion, LLC ("Plaintiff"), by and through counsel, filed a Complaint against State Farm in the State Court of DeKalb County, Georgia, styled as *O.Zion, LLC, a Georgia limited liability company v. State Farm Fire and Casualty Company, a foreign insurance company*, and assigned Civil Action File No. 21A04565 ("State Court Action"). True and correct copies of all

filings to date in the State Court Action are collectively attached hereto as **Exhibit "A"**.

2.

The Complaint and Summons in this action were served upon State Farm on October 20, 2021. This Notice of Removal is filed within 30 days of October 20, 2021, the date on which State Farm received the Complaint and notice of the subject lawsuit. This Notice of Removal is also filed within one year of the commencement of the action. Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces DeKalb County, Georgia. Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, State Farm has given written notice to Plaintiff by notifying its attorneys of record, William L. Flournoy, Esq. and Steven M. Bush, Esq. of The Bush Law Group, LLC, and will file a copy of this Notice of Removal with the Clerk of State Court of DeKalb County, which shall effect the removal.

## **DIVERSITY JURISDICTION**

5.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

6.

Upon information and belief, Plaintiff is a limited liability company with its principal place of business in the State of Georgia. (See, Complaint ¶ 1). All members of Plaintiff are citizens of Georgia. Thus, Plaintiff is a citizen of the State of Georgia.

7.

State Farm is a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois and is not a citizen of the State of Georgia. Defendant State Farm was not a citizen of the State of Georgia on the date of filing this action and has not been thereafter.

8.

Because Plaintiff and Defendant State Farm are citizens of different States, complete diversity exists between Plaintiff and Defendant State Farm in accordance with 28 U.S.C. § 1332(a)(1).

9.

This is a civil action between citizens of different states and the controversy exceeds the sum of $75,000.00, exclusive of interest and costs.  Plaintiff expressly alleges in its Complaint that it is entitled to all damages to its Property and any resulting expenses and temporary repairs, as well as bad faith damages and attorneys' fees and costs.  (See, Complaint, ¶¶ 25-48).  Specifically, Plaintiff states that it is seeking special damages in the amount of $332,366.03, plus bad faith damages and attorneys' fees.  (See, Complaint, ¶ 47).

10.

Plaintiff also states in its Complaint that it sent a formal 60-day demand letter to Defendant State Farm seeking payment in the amount of $332,366.03 for what it contends is the total cost to repair the Property to its pre-loss condition. (See, Complaint, ¶¶ 16, 17). In addition to the amount demanded, Plaintiff also contends that Defendant State Farm is liable for bad faith damages pursuant O.C.G.A. § 33-4-6 of the total recovery amount and attorneys' fees in accordance with O.C.G.A. § 13-6-11. (See, Complaint, ¶¶ 45, 48).  On the face of Plaintiff's Complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

11.

This case is a civil action that may be removed to this Court pursuant to 28 U.S.C. § 1441. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and (b) as there is complete diversity of citizenship between Plaintiff and Defendant and, as shown above, the amount in controversy exceeds $75,000.00. Further, as required by 28 U.S.C. § 1441(b), Defendant is not a citizen of the State of Georgia.

12.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a). By filing this Notice of Removal, Defendant State Farm does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, State Farm prays that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332.

This 19th day of November, 2021.

Respectfully Submitted,
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
Jessica M. Phillips
Georgia Bar No.: 922902
Casey L. Smartt
Georgia Bar No. 200534
*Attorneys for Defendant State Farm Fire and Casualty Company*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
(404) 874-8800
jessica.phillips@swiftcurrie.com
casey.smartt@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 19th day of November, 2021.

>Respectfully Submitted,
>**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
>
>*/s/ Jessica M. Phillips*
>Jessica M. Phillips
>Georgia Bar No.: 922902
>Casey L. Smartt
>Georgia Bar No. 200534
>*Attorneys for Defendant State Farm Fire and Casualty Company*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
(404) 874-8800
jessica.phillips@swiftcurrie.com
casey.smartt@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed the foregoing *Notice of Removal* with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorney:

William L. Flournoy, Esq.
Steven M. Bush, Esq.
The Bush Law Group, LLC
6622 Southpoint Drive South
Suite 190
Jacksonville, Florida 32216
wlflournoy@bushlawgroup.net
smbush@bushlawgroup.net
*Counsel for Plaintiff*

This 19th day of November, 2021.

                                          Respectfully Submitted,
                                          **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                                          */s/ Jessica M. Phillips*
                                          Jessica M. Phillips
                                          Georgia Bar No.: 922902
                                          Casey L. Smartt
                                          Georgia Bar No. 200534
                                          *Attorneys for Defendant State Farm Fire and Casualty Company*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
(404) 874-8800
jessica.phillips@swiftcurrie.com
casey.smartt@swiftcurrie.com