**One Stop Restoration**

|  |  |
|---|---|
| Insured: | O Zion LLC. |
| Property: | 2301 Troy Cove Rd |
|  | Decatur , GA 30035 |

| Claim Rep.: | Nickolas Sharp | Home: | (770) 855-0939 |
|---|---|---|---|
|  |  | E-mail: | nick@reets.tv |

| Estimator: | Nickolas Sharp | Home: | (770) 855-0939 |
|---|---|---|---|
|  |  | E-mail: | nick@reets.tv |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Fire

| Date of Loss: | Date Received: |  |
|---|---|---|
| Date Inspected: | Date Entered: | 3/18/2020 9:03 AM |

| Price List: | GAAT8X_MAR20 |
|---|---|
|  | Restoration/Service/Remodel |
| Estimate: | O-ZIONLLC |



PLAINTIFFS' EXHIBIT B

**One Stop Restoration**

---

**O-ZIONLLC**

### Contents

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Hazardous Waste/Mold Cleaning Technician - per hour | 100.00 HR | 0.00 | 66.12 | 0.00 | 6,612.00 |
| 10 techs x 1 day (10 hours) to remove damaged contents | | | | | |
| Totals:  Contents | | | | 0.00 | 6,612.00 |

### Tarp

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 2. Tarp - all-purpose poly - per sq ft (labor and material) | 300.00 SF | 0.00 | 0.78 | 4.62 | 238.62 |
| Totals:  Tarp | | | | 4.62 | 238.62 |

### Board Up

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 3. Temporary Repairs - per hour | 8.00 HR | 0.00 | 65.00 | 0.00 | 520.00 |
| 4. Material Only Board-up windows and doors | 232.00 SF | 0.00 | 0.65 | 10.56 | 161.36 |
| Totals:  Board Up | | | | 10.56 | 681.36 |

### SKETCH1

### Attic



| Attic | | | | | Height: Peaked |
|---|---|---|---|---|---|
| 318.43  SF Walls | | | 1,263.81  SF Ceiling | | |
| 1,582.24  SF Walls & Ceiling | | | 1,242.64  SF Floor | | |
| 138.07  SY Flooring | | | 164.66  LF Floor Perimeter | | |
| 165.86  LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 5. Seal attic framing for odor control - up to 5/12 | 1,263.81 SF | 0.00 | 1.03 | 15.92 | 1,317.64 |
| Totals:  Attic | | | | 15.92 | 1,317.64 |

**One Stop Restoration**

| | | | | | |
|---|---|---|---|---|---|
| Total: Attic | | | | **15.92** | **1,317.64** |

### Second Level

**Second Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 6.  Seal floor or ceiling joist system | 646.03 SF | 0.00 | 1.10 | 9.95 | 720.58 |
| Total:  Second Level | | | | 9.95 | 720.58 |



**Master Bath**  **Height: 8'**

298.38 SF Walls      84.88 SF Ceiling
383.26 SF Walls & Ceiling      84.88 SF Floor
9.43 SY Flooring      37.30 LF Floor Perimeter
37.30 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 7.  Tear out wet drywall, no bagging - Cat 3 | 383.26 SF | 1.21 | 0.00 | 0.00 | 463.74 |
| 8.  Tear out wet insulation, no bagging - Category 3 water | 148.88 SF | 1.06 | 0.00 | 0.00 | 157.81 |
| 9.  Tear out trim | 84.95 LF | 0.56 | 0.00 | 0.00 | 47.57 |
| Baseboards, casing and shoe mold | | | | | |
| 10.  Electrician - per hour | 3.00 HR | 0.00 | 90.05 | 0.00 | 270.15 |
| To remove electrical components | | | | | |
| 11.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 12.  Remove Wood window - single hung, 9-12 sf | 1.00 EA | 28.89 | 0.00 | 0.00 | 28.89 |
| 13.  Remove Mirror - 1/4" plate glass | 9.00 SF | 0.24 | 0.00 | 0.00 | 2.16 |
| 14.  Tear out cabinetry - vanity and countertop | 2.60 LF | 12.39 | 0.00 | 0.00 | 32.21 |
| 15.  Remove Sink faucet - Bathroom | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 16.  Remove Toilet | 1.00 EA | 21.33 | 0.00 | 0.00 | 21.33 |
| 17.  Remove Bathtub | 1.00 EA | 63.98 | 0.00 | 0.00 | 63.98 |
| 18.  Remove Bathtub faucet (no shower) | 1.00 EA | 18.28 | 0.00 | 0.00 | 18.28 |
| 19.  Remove Fiberglass shower unit | 1.00 EA | 63.98 | 0.00 | 0.00 | 63.98 |
| 20.  Remove Shower door - corner unit | 1.00 EA | 21.40 | 0.00 | 0.00 | 21.40 |
| 21.  Remove Shower faucet | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 22.  Plumber - per hour | 2.00 HR | 0.00 | 115.06 | 0.00 | 230.12 |
| Labor to remove plumbing components | | | | | |

**One Stop Restoration**

---

**CONTINUED - Master Bath**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 23.  Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 24.  Tear out non-salvageable vinyl, no bagging | 84.88 SF | 1.25 | 0.00 | 0.00 | 106.10 |
| 25.  Tear out non-salvageable tile floor, no bagging | 134.88 SF | 3.31 | 0.00 | 0.00 | 446.45 |
| Tile flooring and tub surround | | | | | |
| 26.  Tear out non-salv underlayment, no bagging - Category 3 | 84.88 SF | 2.25 | 0.00 | 0.00 | 190.98 |
| Cement board | | | | | |
| 27.  Tear out subflr, sleepers, no bagging - Category 3 | 84.88 SF | 2.61 | 0.00 | 0.00 | 221.54 |
| 28.  Clean more than the walls and ceiling - Heavy | 468.14 SF | 0.00 | 0.66 | 0.33 | 309.30 |
| 29.  Seal the floor w/oil based/hybrid stain blocker - one coat | 84.88 SF | 0.00 | 0.61 | 0.53 | 52.31 |
| 30.  Seal stud wall for odor control | 298.38 SF | 0.00 | 0.79 | 3.55 | 239.27 |
| 31.  Seal floor or ceiling joist system | 84.88 SF | 0.00 | 1.10 | 1.31 | 94.68 |

Totals:  Master Bath                                                                      5.72          3,221.77

---



**Hallway**                                                                          **Height: 8'**

| | |
|---|---|
| 114.13  SF Walls | 24.13  SF Ceiling |
| 138.25  SF Walls & Ceiling | 24.13  SF Floor |
| 2.68  SY Flooring | 14.27  LF Floor Perimeter |
| 14.27  LF Ceil. Perimeter | |

**Missing Wall**                       **3' 1 15/16" X 8'**                **Opens into STAIRS**



**Subroom:  Room9 (2)**                                                              **Height: 8'**

| | |
|---|---|
| 86.36  SF Walls | 6.88  SF Ceiling |
| 93.24  SF Walls & Ceiling | 6.88  SF Floor |
| 0.76  SY Flooring | 10.79  LF Floor Perimeter |
| 10.79  LF Ceil. Perimeter | |

---

**One Stop Restoration**

---

**CONTINUED - Hallway**

| **Subroom: Room8 (1)** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | | |
|---|---|
| 86.26 SF Walls | 13.21 SF Ceiling |
| 99.47 SF Walls & Ceiling | 13.21 SF Floor |
| 1.47 SY Flooring | 10.78 LF Floor Perimeter |
| 10.78 LF Ceil. Perimeter | |

| **Missing Wall** | | **3' 9 3/16" X 8'** | | **Opens into HALLWAY** | |
|---|---|---|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 32. Tear out wet drywall, no bagging - Cat 3 | 330.96 SF | 1.21 | 0.00 | 0.00 | 400.46 |
| 33. Tear out wet insulation, no bagging - Category 3 water | 44.22 SF | 1.06 | 0.00 | 0.00 | 46.87 |
| 34. Tear out trim | 122.69 LF | 0.56 | 0.00 | 0.00 | 68.71 |
| Baseboards, casing and shoe mold | | | | | |
| 35. Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 36. Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 37. Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 38. Tear out subflr, sleepers & bag for disposal - Category 3 | 44.22 SF | 2.37 | 0.00 | 0.25 | 105.05 |
| 39. Tear out non-salv wood floor, no bagging - Category 3 | 44.22 SF | 4.80 | 0.00 | 0.00 | 212.26 |
| 40. Clean more than the walls and ceiling - Heavy | 375.18 SF | 0.00 | 0.66 | 0.26 | 247.88 |
| 41. Seal the floor w/oil based/hybrid stain blocker - one coat | 44.22 SF | 0.00 | 0.61 | 0.28 | 27.25 |
| 42. Seal stud wall for odor control | 286.75 SF | 0.00 | 0.79 | 3.41 | 229.94 |
| 43. Seal floor or ceiling joist system | 44.22 SF | 0.00 | 1.10 | 0.68 | 49.32 |

Totals: Hallway          4.88      1,675.36

---



| **Master Bedroom** | | | | **Height: 8'** |
|---|---|---|---|---|

| | | |
|---|---|
| 391.81 SF Walls | 182.21 SF Ceiling |
| 574.03 SF Walls & Ceiling | 182.21 SF Floor |
| 20.25 SY Flooring | 47.02 LF Floor Perimeter |
| 58.75 LF Ceil. Perimeter | |

**One Stop Restoration**

---

**CONTINUED - Master Bedroom**



**Subroom:  Room4 (1)**                                                                    **Height: 8'**

| | | | |
|---|---|---|---|
| 371.45 | SF Walls | 169.22 | SF Ceiling |
| 540.67 | SF Walls & Ceiling | 169.22 | SF Floor |
| 18.80 | SY Flooring | 44.48 | LF Floor Perimeter |
| 56.20 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**                **11' 8 3/4" X 6' 8"**                **Opens into MASTER_BEDRO**



**Subroom:  Room5 (2)**                                                                    **Height: 8'**

| | | | |
|---|---|---|---|
| 115.30 | SF Walls | 11.23 | SF Ceiling |
| 126.53 | SF Walls & Ceiling | 11.23 | SF Floor |
| 1.25 | SY Flooring | 14.41 | LF Floor Perimeter |
| 14.41 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 44.  Tear out wet drywall, no bagging - Cat 3 | 1,241.23 SF | 1.21 | 0.00 | 0.00 | 1,501.89 |
| 45.  Tear out wet insulation, no bagging - Category 3 water | 801.95 SF | 1.06 | 0.00 | 0.00 | 850.07 |
| 46.  Tear out trim | 298.82 LF | 0.56 | 0.00 | 0.00 | 167.34 |
| Baseboards, casing and shoe mold | | | | | |
| 47.  Remove Wood window - single hung, 9-12 sf | 3.00 EA | 28.89 | 0.00 | 0.00 | 86.67 |
| 48.  Remove Interior door unit | 2.00 EA | 16.00 | 0.00 | 0.00 | 32.00 |
| 49.  Electrician - per hour | 3.00 HR | 0.00 | 90.05 | 0.00 | 270.15 |
| To remove electrical components | | | | | |
| 50.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 51.  Tear out subflr, sleepers & bag for disposal - Category 3 | 362.67 SF | 2.37 | 0.00 | 2.03 | 861.56 |
| 52.  Tear out non-salv wood floor, no bagging - Category 3 | 362.67 SF | 4.80 | 0.00 | 0.00 | 1,740.82 |
| 53.  Clean more than the walls and ceiling - Heavy | 1,603.89 SF | 0.00 | 0.66 | 1.12 | 1,059.69 |
| 54.  Seal the floor w/oil based/hybrid stain blocker - one coat | 362.67 SF | 0.00 | 0.61 | 2.28 | 223.51 |
| 55.  Seal stud wall for odor control | 878.56 SF | 0.00 | 0.79 | 10.46 | 704.52 |
| 56.  Seal floor or ceiling joist system | 362.67 SF | 0.00 | 1.10 | 5.59 | 404.53 |

| | | | | | |
|---|---|---|---|---|---|
| Totals:  Master Bedroom | | | | 21.48 | 7,994.27 |

**One Stop Restoration**



**Bedroom**                                                              **Height: 8'**

| | |
|---|---|
| 351.25 SF Walls | 120.21 SF Ceiling |
| 471.46 SF Walls & Ceiling | 120.21 SF Floor |
| 13.36 SY Flooring | 43.91 LF Floor Perimeter |
| 43.91 LF Ceil. Perimeter | |



**Subroom:  Room2 (1)**                                                  **Height: 8'**

| | |
|---|---|
| 119.60 SF Walls | 11.84 SF Ceiling |
| 131.45 SF Walls & Ceiling | 11.84 SF Floor |
| 1.32 SY Flooring | 14.95 LF Floor Perimeter |
| 14.95 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 57. Tear out wet drywall, no bagging - Cat 3 | 602.91 SF | 1.21 | 0.00 | 0.00 | 729.52 |
| 58. Tear out wet insulation, no bagging - Category 3 water | 367.48 SF | 1.06 | 0.00 | 0.00 | 389.53 |
| 59. Tear out trim | 169.71 LF | 0.56 | 0.00 | 0.00 | 95.04 |
| Baseboards, casing and shoe mold | | | | | |
| 60. Remove Wood window - single hung, 9-12 sf | 1.00 EA | 28.89 | 0.00 | 0.00 | 28.89 |
| 61. Remove Interior door unit | 2.00 EA | 16.00 | 0.00 | 0.00 | 32.00 |
| 62. Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 63. Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 64. Tear out subflr, sleepers & bag for disposal - Category 3 | 132.06 SF | 2.37 | 0.00 | 0.74 | 313.72 |
| 65. Tear out non-salv wood floor, no bagging - Category 3 | 132.06 SF | 4.80 | 0.00 | 0.00 | 633.89 |
| 66. Clean more than the walls and ceiling - Heavy | 734.97 SF | 0.00 | 0.66 | 0.51 | 485.59 |
| 67. Seal the floor w/oil based/hybrid stain blocker - one coat | 132.06 SF | 0.00 | 0.61 | 0.83 | 81.39 |
| 68. Seal stud wall for odor control | 470.85 SF | 0.00 | 0.79 | 5.60 | 377.57 |
| 69. Seal floor or ceiling joist system | 132.06 SF | 0.00 | 1.10 | 2.03 | 147.30 |

| | | | | | |
|---|---|---|---|---|---|
| Totals:  Bedroom | | | | 9.71 | 3,586.06 |

## One Stop Restoration



### Stairs
**Height: 12' 4"**

| | |
|---|---|
| 143.20 SF Walls | 22.21 SF Ceiling |
| 165.42 SF Walls & Ceiling | 36.82 SF Floor |
| 4.09 SY Flooring | 15.93 LF Floor Perimeter |
| 14.06 LF Ceil. Perimeter | |

| Missing Wall | 3' 1 15/16" X 12' 4 1/2" | Opens into Exterior |
|---|---|---|
| Missing Wall | 3' 1 15/16" X 12' 4 1/2" | Opens into HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 70.  Tear out wet drywall, no bagging - Cat 3 | 165.42 SF | 1.21 | 0.00 | 0.00 | 200.16 |
| 71.  Tear out wet insulation, no bagging - Category 3 water | 22.21 SF | 1.06 | 0.00 | 0.00 | 23.54 |
| 72.  Tear out trim | 15.93 LF | 0.56 | 0.00 | 0.00 | 8.92 |
| Baseboards, casing and shoe mold | | | | | |
| 73.  Remove Handrail - round / oval - softwood - wall mounted | 12.00 LF | 0.68 | 0.00 | 0.00 | 8.16 |
| 74.  Electrician - per hour | 1.00 HR | 0.00 | 90.05 | 0.00 | 90.05 |
| To remove electrical components | | | | | |
| 75.  Clean more than the walls and ceiling - Heavy | 202.24 SF | 0.00 | 0.66 | 0.14 | 133.62 |
| 76.  Seal the floor w/oil based/hybrid stain blocker - one coat | 36.82 SF | 0.00 | 0.61 | 0.23 | 22.69 |
| 77.  Seal stud wall for odor control | 143.20 SF | 0.00 | 0.79 | 1.70 | 114.83 |
| 78.  Seal floor or ceiling joist system | 22.21 SF | 0.00 | 1.10 | 0.34 | 24.77 |

| Totals:  Stairs | | | | 2.41 | 626.74 |
|---|---|---|---|---|---|

| Total: Second Level | | | | 54.15 | 17,824.78 |
|---|---|---|---|---|---|

### Main Level



### Living Room
**Height: 8'**

| | |
|---|---|
| 504.47 SF Walls | 281.51 SF Ceiling |
| 785.98 SF Walls & Ceiling | 281.51 SF Floor |
| 31.28 SY Flooring | 61.86 LF Floor Perimeter |
| 69.05 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | 4' 8 13/16" X 6' 8" | Opens into FOYER_ENTRY |
|---|---|---|
| Missing Wall - Goes to Floor | 2' 5 1/2" X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|

**One Stop Restoration**

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 79.  Tear out wet drywall, no bagging - Cat 3 | 785.98 SF | 1.21 | 0.00 | 0.00 | 951.04 |
| 80. Tear out wet insulation, no bagging - Category 3 water | 533.74 SF | 1.06 | 0.00 | 0.00 | 565.76 |
| 81. Tear out trim | 175.72 LF | 0.56 | 0.00 | 0.00 | 98.40 |
| Baseboards, casing and shoe mold | | | | | |
| 82.  Electrician - per hour | 3.00 HR | 0.00 | 90.05 | 0.00 | 270.15 |
| To remove electrical components | | | | | |
| 83.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 84.  Tear out non-salv wood floor, no bagging - Category 3 | 281.51 SF | 4.80 | 0.00 | 0.00 | 1,351.25 |
| 85.  Clean more than the walls and ceiling - Heavy | 1,067.48 SF | 0.00 | 0.66 | 0.75 | 705.29 |
| 86.  Seal the floor w/oil based/hybrid stain blocker - one coat | 281.51 SF | 0.00 | 0.61 | 1.77 | 173.49 |
| 87.  Seal stud wall for odor control | 504.47 SF | 0.00 | 0.79 | 6.00 | 404.53 |
| 88.  Seal floor or ceiling joist system | 281.51 SF | 0.00 | 1.10 | 4.34 | 314.00 |
| Totals:  Living Room | | | | 12.86 | 4,925.43 |



| | | | | | |
|---|---|---|---|---|---|
| **Kitchen** | | | | | **Height: 8'** |

|  |  |
|---|---|
| 448.34 SF Walls | 251.30 SF Ceiling |
| 699.65 SF Walls & Ceiling | 251.30 SF Floor |
| 27.92 SY Flooring | 55.63 LF Floor Perimeter |
| 58.09 LF Ceil. Perimeter | |

| **Missing Wall** | **3' X 8'** | **Opens into STAIRS** |
|---|---|---|
| **Missing Wall** | **5' 8 5/16'' X 8'** | **Opens into FOYER_ENTRY** |
| **Missing Wall - Goes to Floor** | **2' 5 1/2'' X 6' 8''** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 89.  Tear out wet drywall, no bagging - Cat 3 | 699.65 SF | 1.21 | 0.00 | 0.00 | 846.58 |
| 90.  Tear out wet insulation, no bagging - Category 3 water | 475.47 SF | 1.06 | 0.00 | 0.00 | 504.00 |
| 91.  Tear out trim | 130.45 LF | 0.56 | 0.00 | 0.00 | 73.05 |
| Baseboards, casing and shoe mold | | | | | |
| 92.  Remove 6-0 6-8 alum. sliding patio door - anodized | 1.00 EA | 31.99 | 0.00 | 0.00 | 31.99 |

O-ZIONLLC

**One Stop Restoration**

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 93.  Remove Aluminum window, single hung 9-12 sf | 1.00 EA | 19.27 | 0.00 | 0.00 | 19.27 |
| 94.  Electrician - per hour | 4.00 HR | 0.00 | 90.05 | 0.00 | 360.20 |
| To remove electrical components | | | | | |
| 95.  Plumber - per hour | 4.00 HR | 0.00 | 115.06 | 0.00 | 460.24 |
| To remove plumbing components | | | | | |
| 96.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 97.  Remove Microwave oven - over range w/built-in hood | 1.00 EA | 25.59 | 0.00 | 0.00 | 25.59 |
| 98.  Remove Dishwasher | 1.00 EA | 22.85 | 0.00 | 0.00 | 22.85 |
| 99.  Remove Range - freestanding - electric | 1.00 EA | 17.17 | 0.00 | 0.00 | 17.17 |
| 100.  Remove Refrigerator - top freezer - 14 to 18 cf | 1.00 EA | 28.44 | 0.00 | 0.00 | 28.44 |
| 101.  Tear out cabinetry - lower (base) units | 18.50 LF | 6.87 | 0.00 | 0.00 | 127.10 |
| 102.  Tear out cabinetry - upper (wall) units | 15.00 LF | 6.87 | 0.00 | 0.00 | 103.05 |
| 103.  Tear out subflr, sleepers & bag for disposal - Category 3 | 251.30 SF | 2.37 | 0.00 | 1.41 | 596.99 |
| 104.  Tear out non-salv vinyl, cut & bag - Category 3 water | 251.30 SF | 1.59 | 0.00 | 1.06 | 400.63 |
| 105.  Tear out non-salv underlayment & bag - Category 3 water | 251.30 SF | 1.80 | 0.00 | 1.23 | 453.57 |
| 106.  Tear out non-salvageable tile floor & bag - Cat 3 water | 251.30 SF | 4.10 | 0.00 | 3.17 | 1,033.50 |
| 107.  Clean more than the walls and ceiling - Heavy | 950.95 SF | 0.00 | 0.66 | 0.67 | 628.30 |
| 108.  Seal the floor w/oil based/hybrid stain blocker - one coat | 251.30 SF | 0.00 | 0.61 | 1.58 | 154.87 |
| 109.  Seal stud wall for odor control | 448.34 SF | 0.00 | 0.79 | 5.34 | 359.53 |
| 110.  Seal floor or ceiling joist system | 251.30 SF | 0.00 | 1.10 | 3.87 | 280.30 |
| Totals:  Kitchen | | | | 18.33 | 6,618.74 |

**One Stop Restoration**



**Foyer/Entry**                                                                  **Height: 8'**

| | |
|---|---|
| 183.16 SF Walls | 59.22 SF Ceiling |
| 242.38 SF Walls & Ceiling | 59.22 SF Floor |
| 6.58 SY Flooring | 22.11 LF Floor Perimeter |
| 26.84 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **4' 8 13/16" X 6' 8"** | **Opens into LIVING_ROOM** |
| **Missing Wall** | **5' 8 5/16" X 8'** | **Opens into KITCHEN** |



**Subroom:  Room4 (1)**                                                          **Height: 8'**

| | |
|---|---|
| 117.38 SF Walls | 11.68 SF Ceiling |
| 129.07 SF Walls & Ceiling | 11.68 SF Floor |
| 1.30 SY Flooring | 14.67 LF Floor Perimeter |
| 14.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 111.  Tear out wet drywall, no bagging - Cat 3 | 371.45 SF | 1.21 | 0.00 | 0.00 | 449.45 |
| 112.  Tear out wet insulation, no bagging - Category 3 water | 110.91 SF | 1.06 | 0.00 | 0.00 | 117.56 |
| 113.  Tear out trim | 124.56 LF | 0.56 | 0.00 | 0.00 | 69.75 |
| Baseboards, casing and shoe mold | | | | | |
| 114.  Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 115.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 18.28 | 308.28 | 16.15 | 342.71 |
| 116.  Door lockset & deadbolt - exterior | 1.00 EA | 0.00 | 82.23 | 4.03 | 86.26 |
| 117.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 118.  Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 119.  Hazardous Waste/Mold Cleaning Technician - per hour | 6.00 HR | 0.00 | 66.12 | 0.00 | 396.72 |
| Labor to remove 1 1/2" of concrete beneath vinyl and tile | | | | | |
| 120.  Tear out non-salv vinyl, cut & bag - Category 3 water | 70.91 SF | 1.59 | 0.00 | 0.30 | 113.05 |
| 121.  Tear out non-salvageable tile floor & bag - Cat 3 water | 70.91 SF | 4.10 | 0.00 | 0.89 | 291.62 |
| 122.  Clean more than the walls and ceiling - Heavy | 442.36 SF | 0.00 | 0.66 | 0.31 | 292.27 |
| 123.  Seal the floor w/oil based/hybrid stain blocker - one coat | 70.91 SF | 0.00 | 0.61 | 0.45 | 43.71 |

**One Stop Restoration**

---

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 124.  Seal stud wall for odor control | 300.54 SF | 0.00 | 0.79 | 3.58 | 241.01 |
| 125.  Seal floor or ceiling joist system | 70.91 SF | 0.00 | 1.10 | 1.09 | 79.09 |
| Totals:  Foyer/Entry | | | | 26.80 | 2,810.82 |



| **Stairs** | | | **Height: 12' 4"** |
|---|---|---|---|

94.20  SF Walls                                13.66  SF Ceiling
107.86  SF Walls & Ceiling              27.53  SF Floor
3.06  SY Flooring                            12.01  LF Floor Perimeter
9.27  LF Ceil. Perimeter

| **Missing Wall** | **3' X 12' 4 1/2"** | **Opens into KITCHEN** |
|---|---|---|
| **Missing Wall** | **3' X 12' 4 1/2"** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 126.  Tear out wet drywall, no bagging - Cat 3 | 107.86 SF | 1.21 | 0.00 | 0.00 | 130.51 |
| 127.  Tear out wet insulation, no bagging - Category 3 water | 13.66 SF | 1.06 | 0.00 | 0.00 | 14.48 |
| 128.  Tear out trim | 12.01 LF | 0.56 | 0.00 | 0.00 | 6.73 |
| Baseboards, casing and shoe mold | | | | | |
| 129.  Electrician - per hour | 1.00 HR | 0.00 | 90.05 | 0.00 | 90.05 |
| To remove electrical components | | | | | |
| 130.  Clean more than the walls and ceiling - Heavy | 135.39 SF | 0.00 | 0.66 | 0.09 | 89.45 |
| 131.  Seal the floor w/oil based/hybrid stain blocker - one coat | 27.53 SF | 0.00 | 0.61 | 0.17 | 16.96 |
| 132.  Seal stud wall for odor control | 94.20 SF | 0.00 | 0.79 | 1.12 | 75.54 |
| 133.  Seal floor or ceiling joist system | 13.66 SF | 0.00 | 1.10 | 0.21 | 15.24 |
| Totals:  Stairs | | | | 1.59 | 438.96 |

---

**One Stop Restoration**

**Garage**                                                          **Height: 8'**

| | | |
|---|---|---|
| 400.07 SF Walls | | 596.84 SF Ceiling |
| 996.91 SF Walls & Ceiling | | 596.84 SF Floor |
| 66.32 SY Flooring | | 50.01 LF Floor Perimeter |
| 50.01 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **27' 11 3/16'' X 8'** | **Opens into Exterior** |
| **Missing Wall** | **9' 1 5/16'' X 8'** | **Opens into Exterior** |
| **Missing Wall** | **19' 7'' X 8'** | **Opens into Exterior** |

**Subroom:  Room2 (1)**                                              **Height: 8'**

| | | |
|---|---|---|
| 239.06 SF Walls | | 49.55 SF Ceiling |
| 288.61 SF Walls & Ceiling | | 49.55 SF Floor |
| 5.51 SY Flooring | | 29.88 LF Floor Perimeter |
| 29.88 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 134.  Tear out wet drywall, no bagging - Cat 3 | 646.39 SF | 1.21 | 0.00 | 0.00 | 782.13 |
| To remove plywood ceiling | | | | | |
| 135.  Tear out wet insulation, no bagging - Category 3 water | 646.39 SF | 1.06 | 0.00 | 0.00 | 685.17 |
| 136.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| Totals:  Garage | | | | 0.00 | 1,558.82 |
| Total: Main Level | | | | **59.58** | **16,352.77** |

**Lower Level**

**Laundry Room**                                                    **Height: 7' 2''**

| | | |
|---|---|---|
| 219.29 SF Walls | | 58.35 SF Ceiling |
| 277.64 SF Walls & Ceiling | | 58.35 SF Floor |
| 6.48 SY Flooring | | 30.58 LF Floor Perimeter |
| 30.58 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 137.  Tear out wet drywall, no bagging - Cat 3 | 277.64 SF | 1.21 | 0.00 | 0.00 | 335.94 |

**One Stop Restoration**

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 138.  Tear out wet insulation, no bagging - Category 3 water | 98.35 SF | 1.06 | 0.00 | 0.00 | 104.25 |
| 139.  Tear out trim | 95.16 LF | 0.56 | 0.00 | 0.00 | 53.29 |
| Baseboards, casing and shoe mold | | | | | |
| 140.  Remove Washer/Washing Machine - Front-loading | 1.00 EA | 22.85 | 0.00 | 0.00 | 22.85 |
| 141.  Remove Dryer - Electric | 1.00 EA | 17.17 | 0.00 | 0.00 | 17.17 |
| 142.  Remove Exterior door - metal - insulated - flush or panel style | 1.00 EA | 18.28 | 0.00 | 0.00 | 18.28 |
| 143.  Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 144.  Water Extraction & Remediation Technician - per hour | 1.00 HR | 0.00 | 45.76 | 0.00 | 45.76 |
| To remove HVAC hard ducting | | | | | |
| 145.  Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 146.  Plumber - per hour | 1.00 HR | 0.00 | 115.06 | 0.00 | 115.06 |
| Labor to remove plumbing components | | | | | |
| 147.  Tear out non-salv vinyl, cut & bag - Category 3 water | 58.35 SF | 1.59 | 0.00 | 0.25 | 93.03 |
| 148.  Clean more than the walls and ceiling - Heavy | 335.99 SF | 0.00 | 0.66 | 0.24 | 221.99 |
| 149.  Seal the floor w/oil based/hybrid stain blocker - one coat | 58.35 SF | 0.00 | 0.61 | 0.37 | 35.96 |
| 150.  Seal stud wall for odor control | 219.29 SF | 0.00 | 0.79 | 2.61 | 175.85 |
| 151.  Seal floor or ceiling joist system | 58.35 SF | 0.00 | 1.10 | 0.90 | 65.09 |

Totals:  Laundry Room | | | | 4.37 | 1,500.62



**Bathroom**                                                                 **Height: 8'**

| | |
|---|---|
| 216.47 SF Walls | 44.36 SF Ceiling |
| 260.83 SF Walls & Ceiling | 44.36 SF Floor |
| 4.93 SY Flooring | 27.06 LF Floor Perimeter |
| 27.06 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 152.  Tear out wet drywall, no bagging - Cat 3 | 260.83 SF | 1.21 | 0.00 | 0.00 | 315.60 |
| 153.  Tear out wet insulation, no bagging - Category 3 water | 84.36 SF | 1.06 | 0.00 | 0.00 | 89.42 |
| 154.  Tear out trim | 69.59 LF | 0.56 | 0.00 | 0.00 | 38.97 |

**One Stop Restoration**

### CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| Baseboards, casing and shoe mold | | | | | |
| 155.  Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 156.  Remove Aluminum window, single hung 9-12 sf | 1.00 EA | 19.27 | 0.00 | 0.00 | 19.27 |
| 157.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 158.  Remove Pedestal sink | 1.00 EA | 21.33 | 0.00 | 0.00 | 21.33 |
| 159.  Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 160.  Plumber - per hour | 1.00 HR | 0.00 | 115.06 | 0.00 | 115.06 |
| To remove plumbing components | | | | | |
| 161.  Tear out non-salvageable tile floor & bag - Cat 3 water | 50.00 SF | 4.10 | 0.00 | 0.63 | 205.63 |
| To remove tub surround | | | | | |
| 162.  Clean more than the walls and ceiling - Heavy | 305.19 SF | 0.00 | 0.66 | 0.21 | 201.64 |
| 163.  Seal the floor w/oil based/hybrid stain blocker - one coat | 44.36 SF | 0.00 | 0.61 | 0.28 | 27.34 |
| 164.  Seal stud wall for odor control | 216.47 SF | 0.00 | 0.79 | 2.58 | 173.59 |
| 165.  Seal floor or ceiling joist system | 44.36 SF | 0.00 | 1.10 | 0.68 | 49.48 |
| Totals:  Bathroom | | | | 4.38 | 1,544.95 |



**Family Room**                                                                      **Height: 8'**

| | |
|---|---|
| 406.38  SF Walls | 280.26  SF Ceiling |
| 686.65  SF Walls & Ceiling | 280.26  SF Floor |
| 31.14  SY Flooring | 47.55  LF Floor Perimeter |
| 73.52  LF Ceil. Perimeter | |

**One Stop Restoration**

---

**CONTINUED - Family Room**

**Subroom:  Room2 (1)**                                                                       **Height: 7'**

| | |
|---|---|
| 173.07  SF Walls | 30.07  SF Ceiling |
| 203.14  SF Walls & Ceiling | 30.07  SF Floor |
| 3.34  SY Flooring | 24.72  LF Floor Perimeter |
| 50.69  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **25' 11 9/16" X 7'** | **Opens into FAMILY_ROOM** |
| **Missing Wall** | **3' 6 1/8" X 7'** | **Opens into HALLWAY** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 166.  Tear out wet drywall, no bagging - Cat 3 | 310.33 SF | 1.21 | 0.00 | 0.00 | 375.50 |
| 167.  Tear out wet paneling, bag for disposal - Cat 3 | 579.45 SF | 0.67 | 0.00 | 3.25 | 391.48 |
| 168.  Tear out wet insulation, no bagging - Category 3 water | 600.06 SF | 1.06 | 0.00 | 0.00 | 636.06 |
| 169.  Tear out trim | 126.28 LF | 0.56 | 0.00 | 0.00 | 70.72 |
| Baseboards, casing and shoe mold | | | | | |
| 170.  Remove 6-0 6-8 alum. sliding patio door - anodized | 1.00 EA | 31.99 | 0.00 | 0.00 | 31.99 |
| 171.  Remove Aluminum window, single hung 9-12 sf | 3.00 EA | 19.27 | 0.00 | 0.00 | 57.81 |
| 172.  Electrician - per hour | 4.00 HR | 0.00 | 90.05 | 0.00 | 360.20 |
| To remove electrical components | | | | | |
| 173.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 174.  Tear out wet carpet pad, no bagging - Category 3 water | 310.33 SF | 0.27 | 0.00 | 0.00 | 83.79 |
| 175.  Tear out non-salv vinyl, cut & bag - Category 3 water | 310.33 SF | 1.59 | 0.00 | 1.30 | 494.72 |
| 176.  Tear out wet non-salvageable carpet, no bag - Cat 3 water | 310.33 SF | 0.55 | 0.00 | 0.00 | 170.68 |
| 177.  Tear out tackless strip, no bagging - Category 3 | 72.28 LF | 1.11 | 0.00 | 0.00 | 80.23 |
| 178.  Clean more than the walls and ceiling - Heavy | 1,200.12 SF | 0.00 | 0.66 | 0.84 | 792.92 |
| 179.  Seal the floor w/oil based/hybrid stain blocker - one coat | 310.33 SF | 0.00 | 0.61 | 1.96 | 191.26 |
| 180.  Seal stud wall for odor control | 579.45 SF | 0.00 | 0.79 | 6.90 | 464.67 |
| 181.  Seal floor or ceiling joist system | 310.33 SF | 0.00 | 1.10 | 4.78 | 346.14 |

---

Totals:  Family Room                                                                 19.03        4,639.69

---

**One Stop Restoration**



**Bedroom**                                                            **Height: 8'**

|  |  |
|---|---|
| 427.72 SF Walls | 152.74 SF Ceiling |
| 580.46 SF Walls & Ceiling | 152.74 SF Floor |
| 16.97 SY Flooring | 53.47 LF Floor Perimeter |
| 53.47 LF Ceil. Perimeter | |



**Subroom: Room5 (1)**                                          **Height: Peaked**

|  |  |
|---|---|
| 123.33 SF Walls | 34.29 SF Ceiling |
| 157.62 SF Walls & Ceiling | 22.23 SF Floor |
| 2.47 SY Flooring | 20.14 LF Floor Perimeter |
| 27.52 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 182.  Tear out wet drywall, no bagging - Cat 3 | 738.09 SF | 1.21 | 0.00 | 0.00 | 893.09 |
| 183.  Tear out wet insulation, no bagging - Category 3 water | 462.56 SF | 1.06 | 0.00 | 0.00 | 490.31 |
| 184.  Tear out trim | 136.61 LF | 0.56 | 0.00 | 0.00 | 76.50 |
| Baseboards, casing and shoe mold | | | | | |
| 185.  Remove Interior door unit | 1.00 EA | 16.00 | 0.00 | 0.00 | 16.00 |
| 186.  Remove Aluminum window, single hung 9-12 sf | 1.00 EA | 19.27 | 0.00 | 0.00 | 19.27 |
| 187.  Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 188.  Water Extraction & Remediation Technician - per hour | 2.00 HR | 0.00 | 45.76 | 0.00 | 91.52 |
| To remove HVAC hard ducting | | | | | |
| 189.  Tear out non-salvageable vinyl, cut & bag for disposal | 174.97 SF | 1.10 | 0.00 | 0.74 | 193.21 |
| Vinyl underneath the carpet and pad | | | | | |
| 190.  Tear out tackless strip, no bagging - Category 3 | 73.61 LF | 1.11 | 0.00 | 0.00 | 81.71 |
| 191.  Tear out wet carpet pad, no bagging - Category 3 water | 174.97 SF | 0.27 | 0.00 | 0.00 | 47.24 |
| 192.  Tear out wet non-salvageable carpet, no bag - Cat 3 water | 174.97 SF | 0.55 | 0.00 | 0.00 | 96.23 |
| 193.  Clean more than the walls and ceiling - Heavy | 913.05 SF | 0.00 | 0.66 | 0.64 | 603.25 |
| 194.  Seal the floor w/oil based/hybrid stain blocker - one coat | 174.97 SF | 0.00 | 0.61 | 1.10 | 107.83 |
| 195.  Seal stud wall for odor control | 551.06 SF | 0.00 | 0.79 | 6.56 | 441.90 |

**One Stop Restoration**

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 196.  Seal floor or ceiling joist system | 187.03 SF | 0.00 | 1.10 | 2.88 | 208.61 |
| Totals:  Bedroom | | | | 11.92 | 3,546.77 |



| | | | | | |
|---|---|---|---|---|---|
| **Hallway** | | | | | **Height: 8'** |

150.03  SF Walls          31.56  SF Ceiling
181.59  SF Walls & Ceiling          31.56  SF Floor
3.51  SY Flooring          18.31  LF Floor Perimeter
18.31  LF Ceil. Perimeter

| **Missing Wall** | **3' 6 1/8'' X 8'** | | **Opens into ROOM2** | | |
|---|---|---|---|---|---|
| **Missing Wall** | **3' 6 1/8'' X 8'** | | **Opens into Exterior** | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 197.  Tear out wet drywall, no bagging - Cat 3 | 181.59 SF | 1.21 | 0.00 | 0.00 | 219.72 |
| 198.  Tear out wet insulation, no bagging - Category 3 water | 31.56 SF | 1.06 | 0.00 | 0.00 | 33.45 |
| 199.  Tear out trim | 87.63 LF | 0.56 | 0.00 | 0.00 | 49.07 |
| Baseboards, casing and shoe mold | | | | | |
| 200.  Electrician - per hour | 2.00 HR | 0.00 | 90.05 | 0.00 | 180.10 |
| To remove electrical components | | | | | |
| 201.  Water Extraction & Remediation Technician - per hour | 1.00 HR | 0.00 | 45.76 | 0.00 | 45.76 |
| To remove HVAC hard ducting | | | | | |
| 202.  Tear out non-salv underlayment & bag - Category 3 water | 31.56 SF | 1.80 | 0.00 | 0.15 | 56.96 |
| 203.  Tear out non-salv vinyl, cut & bag - Category 3 water | 31.56 SF | 1.59 | 0.00 | 0.13 | 50.31 |
| 204.  Tear out non-salv floating floor & bag for disposal | 31.56 SF | 1.41 | 0.00 | 0.15 | 44.65 |
| 205.  Clean more than the walls and ceiling - Heavy | 213.15 SF | 0.00 | 0.66 | 0.15 | 140.83 |
| 206.  Seal the floor w/oil based/hybrid stain blocker - one coat | 31.56 SF | 0.00 | 0.61 | 0.20 | 19.45 |
| 207.  Seal stud wall for odor control | 150.03 SF | 0.00 | 0.79 | 1.79 | 120.31 |
| 208.  Seal floor or ceiling joist system | 31.56 SF | 0.00 | 1.10 | 0.49 | 35.21 |
| Totals:  Hallway | | | | 3.06 | 995.82 |
| Total: Lower Level | | | | **42.76** | **12,227.85** |

**One Stop Restoration**

Total: SKETCH1 **172.41** **47,723.04**

### Equipment

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 209.  Dehumidifier (per 24 hour period) - No monitoring | 16.00 EA | 0.00 | 52.50 | 0.00 | 840.00 |
| 4 dehus x 4 days | | | | | |
| 210.  Negative air fan/Air scrubber (24 hr period) - No monit. | 12.00 DA | 0.00 | 71.54 | 0.00 | 858.48 |
| 3 air filtration devices x 4 days | | | | | |
| 211.  Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 188.56 | 36.75 | 602.43 |
| 212.  Deodorize building - Ozone treatment | 15,152. CF 62 | 0.00 | 0.03 | 0.00 | 454.58 |
| Totals:  Equipment | | | | 36.75 | 2,755.49 |

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 213.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 700.00 | 0.00 | 0.00 | 2,800.00 |
| 214.  Add for personal protective equipment - Heavy duty | 135.00 EA | 0.00 | 18.82 | 177.85 | 2,718.55 |
| 15 techs x 3 days. OSHA requires several breaks and lunch per day meaning several suits per day were required | | | | | |
| 215.  Respirator - Full face - multi-purpose resp. (per day) | 45.00 DA | 0.00 | 7.61 | 0.00 | 342.45 |
| 15 techs x 3 days | | | | | |
| 216.  Temporary Repairs (Bid Item) | 1.00 EA | 0.00 | 1,238.00 | 0.00 | 1,238.00 |
| Temp electrical pole | | | | | |
| Totals:  General | | | | 177.85 | 7,099.00 |
| **Line Item Totals: O-ZIONLLC** | | | | **402.19** | **65,109.51** |

O-ZIONLLC                                                                                     4/24/2020          Page: 19

**One Stop Restoration**

---

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 6,099.16 | SF Walls | 3,805.24 | SF Ceiling | 9,904.41 | SF Walls and Ceiling |
| 3,800.48 | SF Floor | 422.28 | SY Flooring | 886.51 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 980.24 | LF Ceil. Perimeter |
| | | | | | |
| 3,800.48 | Floor Area | 4,009.18 | Total Area | 5,812.65 | Interior Wall Area |
| 3,328.06 | Exterior Wall Area | 539.28 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**One Stop Restoration**

---

**Summary for Dwelling**

| | |
|---|---|
| Line Item Total | 64,707.32 |
| Material Sales Tax | 402.19 |
| | |
| **Replacement Cost Value** | **$65,109.51** |
| **Net Claim** | **$65,109.51** |

Nickolas Sharp

**One Stop Restoration**

---

### Recap of Taxes

| | Material Sales Tax (7%) | Storage Rental Tax (7%) | Local Food Tax (3%) |
|---|---|---|---|
| **Line Items** | 402.19 | 0.00 | 0.00 |
| **Total** | **402.19** | **0.00** | **0.00** |

**One Stop Restoration**

<br>

## Recap by Room

**Estimate: O-ZIONLLC**

| | | |
|---|---:|---:|
| **Contents** | **6,612.00** | **10.22%** |
| **Tarp** | **234.00** | **0.36%** |
| **Board Up** | **670.80** | **1.04%** |

**Area: SKETCH1**

**Area: Attic**

| | | |
|---|---:|---:|
| **Attic** | **1,301.72** | **2.01%** |
| **Area Subtotal:  Attic** | **1,301.72** | **2.01%** |

**Area: Second Level**

| | | |
|---|---:|---:|
| | **710.63** | **1.10%** |
| **Master Bath** | **3,216.05** | **4.97%** |
| **Hallway** | **1,670.48** | **2.58%** |
| **Master Bedroom** | **7,972.79** | **12.32%** |
| **Bedroom** | **3,576.35** | **5.53%** |
| **Stairs** | **624.33** | **0.96%** |
| **Area Subtotal:  Second Level** | **17,770.63** | **27.46%** |

**Area: Main Level**

| | | |
|---|---:|---:|
| **Living Room** | **4,912.57** | **7.59%** |
| **Kitchen** | **6,600.41** | **10.20%** |
| **Foyer/Entry** | **2,784.02** | **4.30%** |
| **Stairs** | **437.37** | **0.68%** |
| **Garage** | **1,558.82** | **2.41%** |
| **Area Subtotal:  Main Level** | **16,293.19** | **25.18%** |

**Area: Lower Level**

| | | |
|---|---:|---:|
| **Laundry Room** | **1,496.25** | **2.31%** |
| **Bathroom** | **1,540.57** | **2.38%** |
| **Family Room** | **4,620.66** | **7.14%** |
| **Bedroom** | **3,534.85** | **5.46%** |
| **Hallway** | **992.76** | **1.53%** |
| **Area Subtotal:  Lower Level** | **12,185.09** | **18.83%** |
| **Area Subtotal:  SKETCH1** | **47,550.63** | **73.49%** |
| **Equipment** | **2,718.74** | **4.20%** |
| **General** | **6,921.15** | **10.70%** |

**Subtotal of Areas**  **64,707.32**  **100.00%**

**One Stop Restoration**

| | | |
|---|---|---|
| **Total** | **64,707.32** | **100.00%** |

**One Stop Restoration**

## Recap by Category

| Items | Total | % |
|---|---:|---:|
| CLEANING | 454.58 | 0.70% |
| GENERAL DEMOLITION | 29,342.50 | 45.07% |
| DOORS | 308.28 | 0.47% |
| ELECTRICAL | 2,971.65 | 4.56% |
| FINISH HARDWARE | 82.23 | 0.13% |
| HAZARDOUS MATERIAL REMEDIATION | 16,363.31 | 25.13% |
| PLUMBING | 920.48 | 1.41% |
| PAINTING | 9,324.77 | 14.32% |
| TEMPORARY REPAIRS | 2,142.80 | 3.29% |
| WATER EXTRACTION & REMEDIATION | 2,796.72 | 4.30% |
| Subtotal | 64,707.32 | 99.38% |
| Material Sales Tax | 402.19 | 0.62% |
| Total | 65,109.51 | 100.00% |

**One Stop Restoration**



1    1-0c51b4f7-271a-496a-9637-
     19454541fd39

**One Stop Restoration**



2       2-0cf890d5-9ac1-4ac7-a0b9-
        4cb5602851c0

**One Stop Restoration**



3      3-0dd7fac3-a8fd-4156-87f3-
       f70524931ca4

**One Stop Restoration**



4       4-0dee016a-b14c-45c0-9841-
        1a4b2c0245d7

**One Stop Restoration**



5    5-0e0681d7-3e81-4028-ae8a-
39440141bdf2

**One Stop Restoration**



6      6-0f48329b-26d8-4a0c-9fd0-
fb136838431b

**One Stop Restoration**



7       7-1e0c40a1-2858-4b94-8815-
        c1760ae69c9d

**One Stop Restoration**



8        8-1f83ed1d-2ea5-4a8e-9104-
          38867663b4bb

**One Stop Restoration**



9       9-2bebb4a1-c4f5-4cfe-9bd7-
        317113c645c5

**One Stop Restoration**



10    10-2e6cffa1-a970-4db9-bf01-
d127b5dd2514

**One Stop Restoration**



11      11-2e207d07-b987-4f4d-8f44-
        bd814ef3c6be

**One Stop Restoration**



12      12-2ef91295-bddd-441d-844f-
        54428160929e

**One Stop Restoration**



13    13-3a4cceaf-dac6-41c0-b15a-
      1b2a6ffa8d33

**One Stop Restoration**



14      14-3b878d79-ae86-43d0-9b60-
        d518b5f0ca59

**One Stop Restoration**



15      15-3c3dd202-2105-478e-9f0d-
        871d17740f13

**One Stop Restoration**



16     16-3c877a1e-651f-43c6-b763-
3b2bb34874fd

**One Stop Restoration**



17      17-3f290dfd-2c99-4503-b8fe-
        8ef8e5eff77f

**One Stop Restoration**



18      18-3f2087d2-fb8d-4570-b3da-
a3788b381418

**One Stop Restoration**



19        19-4a4eb1a1-c29c-4b76-954f-
          d31df7c24533

**One Stop Restoration**



20      20-4b4e5bc8-ab78-4327-9d8f-
        7fc77a3dc19a

**One Stop Restoration**



21      21-4b21bdde-989c-4951-9b46-
        9dc36f796dff

**One Stop Restoration**



22      22-4b804661-fff9-4a91-9ebf-
        dda12e04c259

**One Stop Restoration**



23      23-4c86b1a4-984f-4444-961e-
        bd55ffa948f9

**One Stop Restoration**



24      24-4c077030-f28f-4af1-88b5-
        8a646da629e7

**One Stop Restoration**



25      25-4e14123d-3df5-4536-8ffb-
        fd576376d77e

**One Stop Restoration**



26      26-5b663ccc-992b-4309-a38a-
c07dbea0a588

**One Stop Restoration**



27      27-5c0f633a-49cc-4c5f-a87a-
ba75188275ce

**One Stop Restoration**



28    28-5d32996e-eb26-4f89-ad7b-
      2ebe6ff9ea31

**One Stop Restoration**



29     29-5e0d7314-229c-4a41-9a49-
       0de3c562fb43

**One Stop Restoration**



30      30-5e5afb53-4fc1-4c7e-8429-
        d902dffead5c

**One Stop Restoration**



31      31-5e076021-cbe9-484d-b022-
        537c0cd5ecdc

**One Stop Restoration**



32      32-6abc8f88-35b1-42b3-9c76-
        4ca65142e469

**One Stop Restoration**



33      33-6ed229b0-0b74-4bae-a538-
        00c58a85bfde

**One Stop Restoration**



34    34-6ff0c56b-f3fe-4715-9b77-
61ced2079e26

**One Stop Restoration**



35      35-7a7faf4e-f483-41b7-8733-
        43aa7ae88f59

**One Stop Restoration**



36    36-7ce1038a-fe01-49be-9d41-
      31d184559d18

**One Stop Restoration**



37     37-7d4f4279-4467-4512-bf33-
       f976ca932ebd

**One Stop Restoration**



38       38-8c0c45c5-22ec-4cac-9916-
         a07405651267

**One Stop Restoration**



39      39-8e760e0b-5176-40fb-a275-
        2ce15894cac5

**One Stop Restoration**



40      40-8e869531-cda0-44b6-8d6a-
        36ea82e1f57d

**One Stop Restoration**



41      41-8ecaf89b-39f9-4c4b-b48d-
        95bc31b55b2d

**One Stop Restoration**



42      42-9a62b6dc-5245-483d-be04-
        3553d3a6735d

**One Stop Restoration**



43      43-9f1d0196-afef-421c-a0fe-
        cad879f92270

**One Stop Restoration**



44      44-9ff034f2-5412-441d-806e-
        62877bc9b1f3

**One Stop Restoration**



45      45-10deefb9-cc4b-4a0b-9eff-
        215c32664a72

**One Stop Restoration**



46        46-12cd1932-df14-48be-ac5b-
          2e8121bf6869

**One Stop Restoration**



47      47-12fadb9f-6286-4fc9-bf96-
        ad6bf268d7bf

**One Stop Restoration**



48      48-15cb1ed0-a0a2-43f0-938b-
        1f7ee2240a47

**One Stop Restoration**



49     49-26dcda56-c885-416a-89aa-
139ee8e7a161

**One Stop Restoration**



50      50-26ebb5ba-6802-4b4a-946a-
        57316c551436

**One Stop Restoration**



51 51-31ca2f08-bb66-40a0-82e8-
  a8a2cdd120f3

**One Stop Restoration**



52        52-37f33ca3-70f9-43b9-8f32-
          5b8fba3e89f7

**One Stop Restoration**



53      53-41e52f04-fb39-4589-95c9-
        81d3c24a280a

**One Stop Restoration**



54      54-42a17bc9-c867-4c7f-8ce2-
        2b83ff5d1481

**One Stop Restoration**



55      55-044f5700-7b0b-4724-a5e5-
        81ae1ab0b41b

**One Stop Restoration**



56      56-47bf865d-4b5e-4526-a76f-
        df65f7481884

**One Stop Restoration**



57       57-50ba3c78-0724-497b-93db-
         f09e77336444

**One Stop Restoration**



58        58-50dcca32-a2e6-4348-b44d-
          3e1876cd1f57

**One Stop Restoration**



59      59-55a1387c-6700-4290-960d-
        58febfcd04e8

**One Stop Restoration**



60      60-55ab011f-3c51-41b8-8c6a-
        e488a01b2e3d

**One Stop Restoration**



61      61-58b3ea2d-732e-4e75-9671-
        f978b15194d4

**One Stop Restoration**



62      62-65f68c0b-9005-41cd-9eba-
        2419d5ca2e13

**One Stop Restoration**



63     63-69c20143-fb58-4146-bcc0-
30f036329f05

**One Stop Restoration**



64      64-74a7f67c-1175-41a7-9717-
        0282ccf8902a

**One Stop Restoration**



65      65-79a67435-92c1-43de-a37a-
        49334d5d8a2d

**One Stop Restoration**



66      66-83c1ef73-3a5b-40a2-81e8-
        8061e3e0f31d

**One Stop Restoration**



67        67-83d37490-de87-4294-9e7a-
          e19d14cdd931

**One Stop Restoration**



68        68-84be8471-c5e6-4f1c-b9ed-
          a3d40edfe6cb

**One Stop Restoration**



69        69-87d49ca0-d8c9-4f2e-9f04-
          ac136a716fb4

**One Stop Restoration**



70      70-88bab3ce-37ce-4868-ad36-
        3e6d22757211

**One Stop Restoration**



71      71-91cc01d3-f832-4a78-9346-
        10ffc346ddbf

**One Stop Restoration**



72      72-92e01681-ca5f-4f95-96e1-
        302d252e93c0

**One Stop Restoration**



73      73-93d7131d-dc7a-47e4-ac86-
        5010f6be1b4c

**One Stop Restoration**



74      74-96a2a1f6-7583-46bb-ba36-
        5813906edef6

**One Stop Restoration**



75      75-115c36e0-7944-41d0-985c-
        795443bb411e

**One Stop Restoration**



76      76-0143d81c-4105-4953-a507-
          a4e3c15d1819

**One Stop Restoration**



77      77-228f8026-a877-4610-9a8c-
        8aec7a027ee5

**One Stop Restoration**



78      78-321cb561-d9f1-4d35-8142-
        342ac0af5ecb

**One Stop Restoration**



79      79-333d55a6-89e8-4d83-996a-
b4de3a60e653

**One Stop Restoration**



80      80-394f6df8-af0e-4048-bcdb-
ee41334dcae5

**One Stop Restoration**



81     81-0480cb46-c883-4376-a04d-
       ddbe776d9035

**One Stop Restoration**



82      82-493d4210-4d83-4029-8db4-
        aa139371a535

**One Stop Restoration**



83       83-577d59b2-ddb0-436e-8f36-
         04356e377895

**One Stop Restoration**



84     84-671bf6f1-62f4-4754-aeda-
4d94429bcfdd

**One Stop Restoration**



85      85-717ddc20-95b9-479b-86aa-
7542cd21b228

**One Stop Restoration**



86 86-749c89e8-b789-4afa-a8f4-
  24c1f1f53bd8

**One Stop Restoration**



87 87-822a8ef0-196f-4ab7-bfb7-
  013ea2a51c7b

**One Stop Restoration**



88      88-837ebfab-7f23-473b-86cd-
        8eecd2c4b825

**One Stop Restoration**



89      89-923a6b74-ee64-496a-b6dc-
ea219bea1bb1

**One Stop Restoration**



90      90-966bb161-89ce-4517-8792-
        de0317c99a62

**One Stop Restoration**



91      91-968af37f-a3d5-4b66-bebf-
        bd5f748d0683

**One Stop Restoration**



92 92-1889b294-6624-42e3-b15d-
   604852c19be7

**One Stop Restoration**



93      93-3404b456-580b-457e-b27e-
        b86ed222d2d5

**One Stop Restoration**



94    94-3821fd69-9da9-4d64-b41e-
      e8a8b591674f

**One Stop Restoration**



95        95-4042ae4c-aa6f-471d-b4b7-
          8822a39ee251

**One Stop Restoration**



96      96-4149c674-517f-4b94-b33b-
        ca4893c7dd6a

**One Stop Restoration**



97      97-4332fd8e-74ed-4e4a-a510-
        22fdb66798ea

**One Stop Restoration**



98      98-4764fafa-b396-43f0-a6c4-
        210e54865e6a

**One Stop Restoration**



99      99-6248b62b-c64b-43a7-9bae-
        a4094f4df649

**One Stop Restoration**



100      100-6860f1a7-cd08-41cf-b4ff-
            f226ea8283fc

**One Stop Restoration**



101        101-8692d4da-9051-47bc-b831-
           90c74589aedb

**One Stop Restoration**



102      102-8749c119-76b4-447c-bea4-
         6d1cd9ef6b8b

**One Stop Restoration**



103        103-9099cc65-6a2f-4b5c-9103-
           b512ae689b04

**One Stop Restoration**



104     104-9851ba01-a7cf-473a-b72a-
181fdffc7c31

**One Stop Restoration**



105     105-17434b6a-4289-4dbe-8470-
        9ddc27c0dfd9

**One Stop Restoration**



106      106-36748c5e-49d6-4ace-9577-
         7831db469d30

**One Stop Restoration**



107      107-62155d44-c27d-419c-84be-
         265275355385

**One Stop Restoration**



108     108-73984a70-24b7-4556-b117-
        4593349fc579

**One Stop Restoration**



109      109-189182ac-52f5-4a47-8799-
         dd3ab7c67fb2

**One Stop Restoration**



110      110-1041638c-f450-4fe1-98aa-
         c63cce14dacb

**One Stop Restoration**



111      111-4774994a-7fdc-467f-b97c-
         6b4c132cac19

**One Stop Restoration**



112      112-27077597-59e2-4342-9a3b-
         b5df825bde6e

**One Stop Restoration**



113      113-50548401-7d38-4bfe-aebb-
         d28d50b06c11

**One Stop Restoration**



114        114-a3a82b6f-2a5a-49fb-ae6e-
           566bd6bef2a6

**One Stop Restoration**



115        115-a5a39ec0-6d5a-4d0c-9bf2-
           7eb5ab818271

**One Stop Restoration**



116     116-a6b5c877-9f32-413e-96dc-
        27597a12af49

**One Stop Restoration**



117    117-a7a998a0-9b45-4992-910a-
469c57125c15

**One Stop Restoration**



118      118-a9d8021a-8616-4420-b521-
         0aeaf2a748a0

**One Stop Restoration**



119      119-a6590dea-a814-40c0-a1b6-
         1b587fea1256

**One Stop Restoration**



120 120-a6819b18-713a-4262-b924-
   e5ff32af25f8

**One Stop Restoration**



121    121-a7331eab-a4e4-4bd3-985a-
e603f278e23c

**One Stop Restoration**



122      122-a8596c9b-7579-4615-8952-
         9488464409f6

**One Stop Restoration**



123      123-a56762ed-8308-4543-88ca-
         6f80c61f7c52

**One Stop Restoration**



124     124-a59692b1-8d7e-4a61-971b-
27ef0b191063

**One Stop Restoration**



125    125-ab05cb2c-3fdf-4016-8224-
c1c3eaa4be5b

**One Stop Restoration**



126     126-ab6b3b9a-343c-4ea5-81f1-
        fdb54b9a4500

**One Stop Restoration**



127     127-ab579822-a1a9-4bc2-9a5c-
        ec6fdfae6dbb

**One Stop Restoration**



128     128-ac63417e-a58e-43ba-8b87-
        605629305e7f

**One Stop Restoration**



129     129-acb0d9a7-d94f-4f31-bb68-
        d3d3143776c5

**One Stop Restoration**



130    130-acb9f547-5a81-4b60-9dbf-
b7155bcd3eb1

**One Stop Restoration**



131    131-b1cb42f5-70c2-4e29-bc80-
95aff7b254ed

**One Stop Restoration**



132        132-b2ac2dd8-c6c4-4d5b-9417-
          565a397999e4

**One Stop Restoration**



133      133-b2da0af3-2a07-4e51-a17e-
         db97ce30cb64

**One Stop Restoration**



134   134-b04ca8f4-2b33-4fc4-a1be-
      f73cc2b2c459

**One Stop Restoration**



135      135-b05c6bd9-69d6-4427-8051-
          7fa4fab15693

**One Stop Restoration**



136    136-b07c004d-b0c1-4d5f-9ed2-
       e1c35f2e6220

**One Stop Restoration**



137 137-b8d5d782-666c-46ee-b163-
   ca3904bbbde9

**One Stop Restoration**



138      138-b27bb99d-e419-4899-bd9f-
         b5cf808836be

**One Stop Restoration**



139 139-b40c1b5a-41ac-48c7-87b6-
   b027e8980603

**One Stop Restoration**



140      140-b41b6115-94cb-4525-85ac-
         7ade01e81cf3

**One Stop Restoration**



141      141-b77c82b0-2af5-4af3-8c22-
         4ff486437ef4

**One Stop Restoration**



142     142-b169ec1b-6360-4c2f-81e3-
        b1356b48ce2a

**One Stop Restoration**



143        143-b840e9c5-9d29-4f9d-a589-
           1ba2d13b6649

**One Stop Restoration**



144      144-b8399e68-b767-412a-849d-
824955d40941

**One Stop Restoration**



145       145-bb21d09c-8eee-45bd-91de-
          9cd3772d78d2

**One Stop Restoration**



146    146-bb300680-11b5-4001-92fc-
37372f3b1d95

**One Stop Restoration**



147     147-bc0e10e7-0a1d-42c5-836a-
e91ad1bfac9c

**One Stop Restoration**



148    148-bdb637d1-5da3-4f84-b4d1-
420f0b329cf6

**One Stop Restoration**



149      149-bf0e52de-f1a9-4d85-9651-
         6168ceefeb6a

**One Stop Restoration**



150     150-c4ce71e1-73a4-4e42-bf47-
dc36074825cc

**One Stop Restoration**



151      151-c4fb4bfb-f003-4ca2-8ff0-
         052335da1eaf

**One Stop Restoration**



152    152-c6a336d2-919e-4f26-96d9-
34a2f7c64caa

**One Stop Restoration**



153        153-c52e9207-3864-499d-945a-
           56ea3a3c3183

**One Stop Restoration**



154      154-c66a92c5-77fd-4d2f-8b35-
         0129ebc30ac3

**One Stop Restoration**



155        155-c73e3d7f-60ba-40c3-8e43-
           f81e06b97a4a

**One Stop Restoration**



156      156-c4626fb9-cb9e-4b03-b21b-
         4b8ec337df15

**One Stop Restoration**



157    157-c20846e6-532e-4711-95d0-
1cf1451ce064

**One Stop Restoration**



158    158-ca2c1fbe-5309-47a9-9958-
ee7be056c75b

**One Stop Restoration**



159      159-cc71ca09-6ef3-4172-b60a-
         6f1c96ec6de8

**One Stop Restoration**



160      160-ccd4d976-4510-4a64-9c41-
         0b03c68100eb

**One Stop Restoration**



161      161-cd5d35da-c1ce-442f-9aa2-
         d376c74d2bd4

**One Stop Restoration**



162      162-cd19bdf2-ccf9-4791-8939-
         d4030217b403

**One Stop Restoration**



163    163-d2f2bec5-fd32-4859-92fd-
9acbc94bfd55

**One Stop Restoration**



164      164-d4a8491b-522a-430f-8b5e-
         9e8a613a7c18

**One Stop Restoration**



165       165-d6bc441b-1f50-4361-ae41-
          ad00f402d820

**One Stop Restoration**



166     166-d9b0713c-cc71-41a6-8fc2-
        ce10e56cc82d

**One Stop Restoration**



167     167-d47f96fe-b93c-4167-b9f2-
        a84b910666e5

**One Stop Restoration**



168      168-d61e019f-42d7-42fa-ad25-
         ac5ea63b36b2

**One Stop Restoration**



169        169-d157ec10-7546-4ccf-81fd-
           9a15dfaf30d5

**One Stop Restoration**



170     170-d564d5a3-2ad5-43c5-b6ff-
        7e3c2762594e

**One Stop Restoration**



171    171-d784aa4d-7f2d-4b32-895a-
       34d77cfcc47f

**One Stop Restoration**



172       172-d966be9d-745a-4925-ae14-
          396f8faceed4

**One Stop Restoration**



173     173-d1600292-2851-4d7d-a58b-
        41e4394eb294

**One Stop Restoration**



174    174-ddf11fdc-9fcc-43f8-b44d-
       9eae65645e08

**One Stop Restoration**



175      175-deda7e6d-6a90-4f4e-8119-
         a31e5fa15dbc

**One Stop Restoration**



176    176-e0adf5cc-648a-4b5e-a120-
        29ceec071a01

**One Stop Restoration**



177     177-e4eca308-fedd-43c5-a7e8-
        0d3b9bce8268

**One Stop Restoration**



178      178-e10c0ba7-a7a8-454f-9bf3-
         0cad640c0b9a

**One Stop Restoration**



179      179-e37f5a39-2e2f-4a32-8443-
         45837ca36d0c

**One Stop Restoration**



180     180-e71ac391-8f8c-4773-9fb3-
        32ccdb57dc2b

**One Stop Restoration**



181     181-e85dd041-4b64-4abf-93ea-
84c50606efe8

**One Stop Restoration**



182     182-e90a6f23-500e-4469-965f-
        7bf265bcae61

**One Stop Restoration**



183      183-e98c16c6-be91-4987-995c-
         c7648e824481

**One Stop Restoration**



184        184-e1509bed-2e11-45f0-b87d-
           89fba228e10e

**One Stop Restoration**



185      185-e8939f0d-6b08-4808-a678-
         f8c766333619

**One Stop Restoration**



186      186-e0916090-9eef-4561-896a-
         29d924b089f0

**One Stop Restoration**



187      187-ea7d9257-9c98-47db-8368-
         2e88f619f37c

**One Stop Restoration**



188      188-f08d1c37-9e8b-4c4e-a81a-
         d2df736f4eba

**One Stop Restoration**



189      189-f55b61b6-52f8-4d48-b01f-
         869a9c3d952f

**One Stop Restoration**



190      190-f63b43d4-cd86-4754-abae-
         8600023cfebd

**One Stop Restoration**



191      191-f0391e91-df86-4949-94cb-
         1f0ca9600c09

**One Stop Restoration**



192     192-f5844b62-9429-4746-bd37-
            dd67dbcaea50

**One Stop Restoration**



193      193-f079913d-e1a4-42e7-acc3-
         a667268e0432

**One Stop Restoration**



194        194-fb0eb5ac-55e2-4bec-8d53-
           723ce2918b65

**One Stop Restoration**



195       195-fbf3f91a-b134-4d40-8535-
          68dcb9d47a65

**One Stop Restoration**



196    196-fdeea12f-50f4-47e9-9d9d-
7cfdcced84ed

**One Stop Restoration**



197      197-fe3dd4cf-7781-49c5-a064-
         067ba6fa11bf

**One Stop Restoration**



198        198-fecdc052-3d9c-45e4-af9c-
           efb3ebc64f4a

**One Stop Restoration**



199     199-ff2b63c3-5ce6-460e-aeaf-
        d6b96d9fd266

**One Stop Restoration**



200 200-ff014373-b04c-4d01-8680-
   e3669cccdb1e



Bathroom

Laundry Room

Hallway

Family Room

Bedroom



N

Lower Level



Main Level





Second Level



Attic



Attic