THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O.ZION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| v. ) | |
| ) | 1:21-cv-4789-VMC |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**AMENDED JOINT MOTION TO MODIFY
SCHEDULING ORDER & STAY LITIGATION**

**COME NOW** the Plaintiff, O'ZION, LLC, and the Defendant, STATE FARM FIRE AND CASUALTY COMPANY (collectively, the "Parties"), and hereby file this Amended[1] Joint Motion to Modify Scheduling Order and Stay Litigation, and in further support thereof state as follows:

1. This Court entered a Scheduling Order [Doc. 20] setting forth and establishing certain deadlines.

---

[1] Amended only to correct typographical error.

1

2. On April 8, 2022, counsel for Defendant filed her Application for Leave of Absence [Doc. 24] for the purposes of maternity leave from July 15, 2022, through October 15, 2022.

3. For understandable reasons, no progress has been made in this action during Defense Counsel's maternity leave.

4. November 15, 2022, is the discovery cutoff to initiate discovery and there are several other deadlines that are premised from the expiration of discovery.

5. Counsel for the Plaintiff anticipates the birth of his child in mid-late November, 2022.

6. In order to recuperate time lost during defense counsel's maternity leave, the Parties request this Court extend all deadlines by ninety (90) days.

7. In order to avoid further time lost, the Parties request this Court stay this action for a period of ninety (90) days from November 15, 2022, through February 15, 2023, for the purposes of paternity leave.

8. This Stay does not affect the right of either Party to act to obtain compliance with subpoenas issued not less than ten (10) days before the commencement of the Stay on November 15, to wit: November 4, 2022.

9. The new discovery deadline this matter would be **May 14, 2023**.

10.     Should this Motion be granted, the Parties will submit a joint proposed scheduling order establishing the amended deadlines in this case.

**WHEREFORE,** the Parties respectfully request this Court enter an Order granting the relief requested herein, and such other relief this Court deems just and proper.

Respectfully submitted this 9th day of November, 2022.

| **Hair Shunnarah Trial Attorneys, LLC** | **Swift, Currie, McGhee & Heirs, LLC** |
|---|---|
| /s/ William L. Flournoy | /s/ Jessica M. Phillips |
| William L. Flournoy, Esq. | Jessica M. Phillips, Esq. |
| Georgia Bar No.: 755135 | Georgia Bar No.: 922902 |
| 4887 Belfort Road, Ste. 200 | 1355 Peachtree St., N.E., Ste. 300 |
| Jacksonville, Florida 32256 | Atlanta, Georgia 30309 |
| Tel.: (904) 552-1006 | Tel.: (404) 874-8800 |
| *Address for Electronic Service:* | *Address for Electronic Service:* |
| wflournoy@hstalaw.com | jessica.phillips@swiftcrrie.com |
| ksalvi@hstalaw.com | ambika.sutherland@swiftcurrie.com |
| jdepalo@hstalaw.com | brittney.sizemore@swiftcurrie.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF system, which will electronically serve the foregoing on the following counsel of record:

**Swift, Currie, McGhee & Heirs, LLP**
c/o Jessica M. Phillips, Esq.
c/o Brittney A. Sizemore, Esq.
1355 Peachtree Street, NE
Atlanta, Georgia 30309
**jessica.phillips@swiftcurrie.com**
**brittney.sizemore@swiftcurrie.com**
*Attorneys for Defendant*

                                            Hair Shunnarah Trial Attorneys, LLC

                                            /s/ William L. Flournoy
                                            *Attorney for Plaintiff*