IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| O.ZION, LLC, a Georgia limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE NO.<br>) 1:21-cv-04789-VMC<br>) [On removal from the State Court of<br>)  DeKalb County, Georgia CAF No.<br>)  21A04565] |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company, | )<br>)<br>) |
| Defendant. | ) |

**<u>AMENDED NOTICE OF DEPOSITION DUCES TECUM OF BEN BROWN</u>**

TO:  John Benjamin Brown
c/o William L. Flournoy, Esq.
Hair Shunnarah Trial Attorneys, LLC
4887 Belfort Road, Ste. 200
Jacksonville, Florida 32256

YOU ARE HEREBY NOTIFIED, pursuant to Fed. R. Civ. P. 30(b)(6), that on the undersigned counsel for State Farm Fire and Casualty Company will take the **remote deposition** of **John Benjamin Brown** on **May 16, 2023** commencing at **10:00 a.m**. **EST**, before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of John Benjamin "Ben" Brown, a non-party fact witness, for discovery, preservation of evidence, use at

trial, cross-examination and all other purposes allowed by law. The deposition will continue from day to day until examination is completed.

Additionally, to the extent not provided in response to State Farm's Subpoena to Produce Documents, Information, or Objects, the Deponent is requested to produce, at or prior to the deposition, the following documents and things:

## **DEFINITIONS**

1. Property: As used herein shall mean the property located at 2301 Troy Cove Road, Decatur, Georgia 30035.

2. Loss: As used herein shall mean the fire event which occurred on February 18, 2020.

3. Claim: As used herein shall mean State Farm Fire and Casualty Company's claim number 11-04R8-10D

4. The Policy: As used herein shall mean State Farm Fire and Casualty Company's Policy No. 91-CC-K286-6.

5. Communication: As used herein, "communication" shall include any oral utterance made, heard or overheard, whether in person or by telephone or otherwise, as well as every document and every other mode of intentionally conveyed meaning or messages such as letters, emails, and text messages.

## DOCUMENT REQUESTS

Your **complete certified file** related to the Property located at 2301 Troy Cove Road, Decatur, Georgia 30035(the "Property"), O.Zion, LLC, a Georgia limited liability company (the "Plaintiff"), and/or State Farm Fire and Casualty Company ("State Farm") claim no 11-04R8-10D (the "claim), which involved a fire at the Property. The documents produced should include, but are not limited to, the following:

a. Any and all contracts, retainer agreements, assignment of benefits, assignment of claim, power of attorney, and any other document (including front and back of said document) entered into between you (or anyone from Iron Ladder Contactors) and O.Zion, LLC and/or any person or entity acting on its behalf regarding the Property for the period beginning February 18, 2020 through and including the present date;

b. Any and all documents relied upon in making any estimates regarding any repairs and/or modifications to the Property, including, but not limited to, work orders, maintenance records, contracts, (including front and back of the document), estimates, invoices, inspections, receipts, payments issued, certificates of completion, and any other similar documents and information for the period beginning February 18, 2020 through and including the present date;

c. Any and all appraisals, inspection reports, estimates, invoices, and any other documents related to the Property for the period beginning February 18, 2020 through and including the present date;

d. Any and all communications (whether by U.S. mail, fax, e-mail, text message, etc.) exchanged between you (or anyone from Iron Ladder Contractors) and O.Zion, LLC and/or any other person or entity acting on its behalf (including, but not limited to, the The Bush Law Group, LLC and Property Claims Litigation, Group, LLC), regarding the Property, for the period beginning February 18, 2020 through and including the present date;

e. Any and all communications (whether by U.S. mail, fax, e-mail, text message, etc.) exchanged between you and State Farm Fire and Casualty Company regarding the Property for the period beginning February 18, 2020 through and including the present date;

f. Any and all audio recordings made by you, or any employee of Iron Ladder Contractors, during the course of Iron Ladders' involvement in this matter including but not limited to audio or voice recordings of site inspections, telephone conversations with State Farm or any individual on behalf of State Farm, and/or audio recordings of any communications by any other third party related to Ozion, LLC or the claim which is the subject of this matter;

g. Any and all documents memorializing any repairs that have been completed on the Property to date related to the Loss;

h. Any and all photographs (in original, jpeg format) or videos (including videos of physical inspections of the Property) taken at the Property for the period beginning August 18, 2020 through and including the present date; and

i. Any and all communications (whether by U.S. mail, fax, e-mail, text message, etc.) exchanged between you (or anyone from Iron Ladder Contractors) and any third party (including contractors, mitigation contractors, and other similar entities) and/or any other person acting on their behalf regarding the Property, for the period beginning February 18, 2020 through and including the present date.

j. Any and all documents reviewed in preparation of the deponent's deposition.

This 8th day of May, 2023.

*[Signature on the Following Page]*

4

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Brittney A. Sizemore*
Jessica M. Phillips
Georgia Bar No. 922902
Brittney A. Sizemore
Georgia Bar No. 332873
*Attorneys for Defendant*

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have this day electronically filed the foregoing *AMENDED NOTICE OF DEPOSITION OF BEN BROWN* with the Clerk of Court using the CM/ECF e-filing system, which will automatically send e-mail notification and service of such filing to counsel of record follows:

| | |
|---|---|
| William L. Flournoy, Esq. **Hair Shunnarah Trial Attorneys, LLC** 4887 Belfort Road, Ste. 200 Jacksonville, Florida 32256 wflournoy@hstalaw.com ksalvi@hstalaw.com jdepalo@hstalaw.com *Counsel for Plaintiff* | Ellaretha Coleman, Esq. Property Claims Litigation Group, LLC 101 Marietta Street, NW Suite 3650 Atlanta, Georgia  30092 ecoleman@insurancetrialgroup.com *Counsel for Plaintiff* |

This 8th day of May, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/  Brittney A. Sizemore*
Jessica M. Phillips
Georgia Bar No. 922902
Brittney A. Sizemore
Georgia Bar No. 332873
*Attorneys for Defendant*

1420 Peachtree Street, NE, Ste. 800
Atlanta, Georgia 30309
OFFICE: (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

4874-2113-4946, v. 1