# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| O.ZION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No.: |
| v. | ) |
| | ) 1:21-cv-4789-VMC |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PLAINTIFF'S CROSS-NOTICE OF
## DEPOSITION DUCES TECUM OF BEN BROWN

**PLEASE TAKE NOTICE** that the Plaintiff's, pursuant to Fed. R. Civ. P. 30(6), in the above styled cause will take the remote deposition by oral examination of **John Benjamin Brown** on May 16, 2023 commencing at 10:00 a.m. EST, before an officer duly authorized by law to administer oaths, the undersigned will proceed to cross examine the deposition duces tecum of non-party witness John Benjamin Brown for purposes of discovery and for use as evidence in said cause, or both as follows**:**

Respectfully submitted this 15th day of May, 2023.

*[Signature follows on next page]*

1

**Hair Shunnarah Trial Attorneys, LLC**

*/s/ W.L. Flournoy*

William L. Flournoy, Esq.
Georgia Bar No.: 755135
4887 Belfort Road, Ste. 200
Jacksonville, Florida 32256
Tel.: (904) 552-1006

*E-Mail for Electronic Service:*
WFEservice@hstalaw.com
*Secondary E-Mail Addresses:*
wflournoy@hstalaw.com
jdepalo@hstalaw.com
rallen@hstalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF e-filing system, which will electronically serve the foregoing on the counsel of record:

**Swift, Currie, McGhee & Heirs, LLP**
c/o Jessica Phillips, Esq.
1420 Peachtree Street, NE, Ste. 800
Atlanta, GA 30309
**Jessica.Phillips@swiftcurrie.com**
**Britttany.Sizemore@swiftcurrie.com**
*Attorney for Defendant*

/s/ William L. Flournoy
*Attorney for Plaintiff*
